```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


JACQUES BEZOU and CELIA J.              CIVIL ACTION
BEZOU


VERSUS                                  NO. 06-1596


RONALD RICE, WILLIAM J.                 SECTION: J(3)
TRAUSS, III, WILLIAM W.
WELCH and LIBERTY MUTUAL
GROUP, a/k/a LIBERTY MUTUAL
INSURANCE COMPANY
```

**ORDER**

Before the Court is **Liberty Mutual Insurance Company's Motion to Dismiss or Stay Suit for Prematurity (Rec. Doc. 22).** This motion was opposed, and it was set for hearing on the briefs on July 5, 2006.

Having reviewed Plaintiffs' motion, the memoranda of counsel, and applicable law, the Court finds that it would not be proper to stay or dismiss this matter.  In additional to causing the plaintiffs herein harm due to unnecessary delay of these proceedings, a stay or dismissal is improper because the Complaint seeks relief greater than what is available pursuant to the appraisal process as set forth in the policy.  The plaintiffs have not refused to participate in the appraisal process, and in fact, both parties seek to have an umpire appointed pursuant to the policy provisions.  Therefore, as in Fourchon Docks, Inc. v. National Union Fire Insurance Company of Pittsburgh, PA., 1988 WL 32938 (Ed. La. 1988), this Court will allow this case to proceed,

even while the appraisal process is ongoing.  Accordingly,

**IT IS ORDERED** that **Liberty Mutual Insurance Company's Motion to Dismiss or Stay Suit for Prematurity (Rec. Doc 22)** should be and is hereby **DENIED**.

New Orleans, Louisiana this 12th day of July, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE